UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-12480 NG |
| | ) | |
| vs. | ) | Magistrate Judge Cohen |
| | ) | |
| PHILIPS MEDICAL SYSTEMS, N.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Without waiving any defenses Defendant may have in this matter, the undersigned hereby appear in the above-captioned matter on behalf of Defendant Philips Medical Systems, North America (erroneously named herein as Philips Medical Systems, N.A., Inc.).

Respectfully submitted,

PHILIPS MEDICAL SYSTEMS, NORTH AMERICA

By its attorneys,

/s/
William E. Hannum III (BBO #643155)
David M. Cogliano (BBO #630158)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Tel: (978) 623-0900
Fax: (978) 623-0908
E-mail: hannum@shpclaw.com
        cogliano@shpclaw.com

## CERTIFICATE OF SERVICE

I, David M. Cogliano, an attorney, certify that I caused a copy of the foregoing *Notice of Appearance*, to be served upon the following individual, by depositing a copy of the same in the U.S. mail at 11 Chestnut Street, Andover, Massachusetts, on the 23rd day of January 2004:

> Matthew Cobb, Esq.
> Law Offices of Matthew Cobb
> 101 Tremont Street
> Boston, Massachusetts 02108

David M. Cogliano