## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUSAN WATERS,           )
                        )
            Plaintiff,  )        Civil Action No. 03-12480 NG
                        )
vs.                     )        Magistrate Judge Cohen
                        )
PHILIPS MEDICAL SYSTEMS, N.A., INC.,   )
                        )
            Defendant.  )

## CORPORATE DISCLOSURE STATEMENT

Defendant, Philips Medical Systems North America, a division of Philips Electronics North America Corporation (erroneously named herein as Philips Medical Systems, N.A., Inc.), by and through its attorneys, submits this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the District of Massachusetts:

 1.  Philips Medical Systems North America is a division of Philips Electronics North America Corporation, which has the following parent companies: Philips Holdings USA, Inc.; Royal Philips Electronics N.V. a/k/a Koninklijke Philips Electronics, N.V.

 2.  The following publicly held corporations or investment funds own 10% or more of Philips Electronics North America Corporation's stock: Royal Philips Electronics N.V. is a publicly traded company which indirectly owns more than 10% of the stock of Philips Electronics North America Corp.

Date: January 22, 2004

        Respectfully submitted,

        By:_____

        One of the Attorneys for Defendant,
        Philips Medical Systems

William E. Hannum (BBO #643155)
David M. Cogliano (BBO #630158)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900 (phone)
(978) 623-0908 (fax)
hannum@shpclaw.com
cogliano@shpclaw.com


**OF COUNSEL:**
Joel H. Spitz
Michael R. Phillips
Christy E. Phanthavong
MCGUIREWOODS LLP
150 North Michigan Avenue, Suite 2500
Chicago, Illinois  60601-7567
(312) 558-1000 (phone)
(312) 750-8600 (fax)

## CERTIFICATE OF SERVICE

I, David M. Cogliano, an attorney, certify that I caused a copy of the foregoing *Corporate Disclosure Statement*, to be served upon the following individual, by depositing of the copy of the same in the U.S. mail at 11 Chestnut Street, Andover, MA 01810, on the 23 day of January 2004:

        Matthew Cobb, Esq.
        Law Offices of Matthew Cobb
        101 Tremont Street
        Boston, Massachusetts 02108

                David M. Cogliano