UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred ___

**Susan Waters**

V.                              CA/CR No. 03-12480 -NG

**Philips Medical Systems, N.A., Inc.**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **COHEN** for the following proceedings:

(   )   Referred for full pretrial case management, including all dispositive motions.

**(** XX **)**   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)     Referred for discovery purposes only.

(B)     Referred for Report and Recommendation on:

   (   ) Motion(s) for injunctive relief
   (   ) Motion(s) for judgment on the pleadings
   (   ) Motion(s) for partial summary judgment
   (   ) Motion(s) to permit maintenance of a class action
   (   ) Motion(s) to suppress evidence
   (   ) Motion(s) to dismiss
   (   ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(C)     Case referred for events only.  See Doc. No(s). _____

(D)     Case referred for settlement.

(E)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (   ) In accordance with Rule 53, F.R.Civ.P.
   (   ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)     **Special Instructions:**     FOR 16.B SCHEDULING CONFERENCE & ALL PRETRIAL

3/30/04                                                               By:      s/ Maryellen Molloy
Date                                                                           Deputy Clerk

---

[1]

Case 1:03-cv-12480-NMG    Document 6    Filed 03/30/2004    Page 2 of 2