UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN WATERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-12480 NG |
| ) | |
| vs. ) | Magistrate Judge Cohen |
| ) | |
| PHILIPS MEDICAL SYSTEMS, N.A., INC.,) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF JOEL H. SPITZ

I, Joel H. Spitz, make the following Certificate under oath in support of my request to be admitted to practice before this Court pro hac vice:

1. I am a member of the law firm of McGuireWoods LLP, 150 North Michigan Avenue, Suite 2500, Chicago, IL 60601-7567.

2. I am a member in good standing of the Bar of the State of Illinois and am admitted to practice in all the Courts in the State of Illinois and the United States District Court for the Northern District of Illinois.

3. I have not been nor am I now the object of any disciplinary proceedings in any jurisdiction where I have been admitted generally, pro hac vice, or in any other way.

4. I am associated in this matter with William E. Hannum III and David M. Cogliano of the law firm Schwartz Hannum PC, 11 Chestnut Street, Andover, Massachusetts 01810. I shall continue to be associated with Massachusetts counsel throughout this case.

5. Defendant Philips Medical Systems North America ("Philips Medical") has requested that I represent it in this case.

6. I have represented Philips Medical and its affiliated companies in employment-related matters before numerous courts both in Illinois and throughout the United States.

7. During the course of my representation of Philips Medical, I have developed particular technical and legal expertise relating to the relevant facts and legal issues involved in this case.

8. Philips Medical will be substantially prejudiced if I am not allowed to appear pro hac vice in this case, since Philips Medical will lose the benefit of the substantial knowledge, information and expertise that I have obtained and developed during my representation of Philips Medical.

9. I have reviewed and am familiar with the Local Rules for the United States District Court for the District of Massachusetts and will comply with said Rules, including the Rules of Professional Conduct, regulating the practice of law.

_____
Joel H. Spitz

Subscribed and sworn this 7th day of April 2004.

_____
Notary Public
My Commission Expires: 1-19-08

"OFFICIAL SEAL"
SONIA A. HERNANDEZ
Notary Public, State of Illinois
My Commission Expires 1/19/08

2