UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN WATERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILIPS MEDICAL SYSTEMS, N.A., INC., )<br>)<br>Defendant. ) | Civil Action No. 03-12480 NG<br><br>Judge Nancy Gertner<br><br>Magistrate Judge Cohen |

**NOTICE OF CHANGE OF ADDRESS**

TO:  Matthew Cobb, Esq.
     Law Offices of Matthew Cobb
     101 Tremont Street
     Boston, Massachusetts 02108

PLEASE TAKE NOTICE THAT McGuireWoods LLP, counsel for Defendant, Philips Medical Systems, N.A., Inc., has relocated its offices. All notices and other communications to Michael R. Phillips and Joel H. Spitz should be sent to McGuireWoods LLP, 77 West Wacker Drive, Suite 4400, Chicago, Illinois 60601, telephone (312) 849-8100, telefax (312) 849-3690.

Dated: July 22, 2004                                  Respectfully submitted,

                                                      By: _____
                                                      One of the Attorneys for Defendant,
                                                      Philips Medical Systems North America

Joel H. Spitz
Michael R. Phillips
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4400
Chicago, Illinois 60601
(312) 849-8100
(312) 849-3690 (facsimile)

\\LAB\508695.1

William E. Hannum (# 643155)
David Cogliano (#630158)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

\\LAB\508695.1

## CERTIFICATE OF SERVICE

I, Michael R. Phillips, an attorney, hereby certify that on this 22nd day of July, 2004, I served a copy of the foregoing *Notice of Change of Address* on Plaintiff by causing a copy of the same to be placed in the U.S. Mail addressed to:

> Matthew Cobb, Esq.
> Law Offices of Matthew Cobb
> 101 Tremont Street
> Boston, Massachusetts 02108

_____
Michael R. Phillips

\\LAB\508695.1