UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 23 A 11: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SUSAN WATERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-12480 NG |
| ) | |
| vs. ) | Magistrate Judge Cohen |
| ) | |
| PHILIPS MEDICAL SYSTEMS, N.A., INC.,) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL

Please enter my withdrawal as counsel for Defendant Philips Medial Systems North America in the above-captioned matter.

Respectfully submitted,

PHILIPS MEDICAL SYSTEMS NORTH AMERICA

By its attorney,

_____
David M. Cogliano (BBO #630158)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Tel: (978) 623-0900
Fax: (978) 623-0908
E-mail: cogliano@shpclaw.com

Dated: September 22, 2004

## CERTIFICATE OF SERVICE

I, David M. Cogliano, an attorney, certify that I caused a copy of the foregoing *Notice of Withdrawal*, to be served upon the following individual, by depositing a copy of the same in the U.S. mail at 11 Chestnut Street, Andover, Massachusetts, on the 22nd day of September, 2004:

>Matthew Cobb, Esq.
>Law Offices of Matthew Cobb
>101 Tremont Street
>Boston, Massachusetts 02108

_____
David M. Cogliano