UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WATERS
        Plaintiff

v.     Case Number: CV 03-12480-NMG

PHILIPS MEDICAL SYSTEMS
        Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge     MARIANNE B. BOWLER     solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

    Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                /s/ *Charles B. Swartwood* III
                                Charles B. Swartwood III
                                Chief Magistrate Judge