UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Waters
　　　　　Plaintiff

v.　　　　　　　　　　　Case Number:　　03-12480-NMG

Philips Medical
　　　　　Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

The above captioned case, previously referred to Magistrate Judge Lawrence P. Cohen is now referred to Magistrate Judge Leo T. Sorokin upon his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Sorokin should be directed to Maria Simeone at 617-748-4231.

　　　　　　　　　　　　　　　　　　/s/ *Charles B. Swartwood III*
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge