UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Waters,

    Plaintiff

v.                                               Civil Action No. 03-12480-NMG

Philips Medical Systems, N.A., Inc.,

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by counsel on 4/27/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

                                                              By the Court,

                                                              /S/ Craig J. Nicewicz

4/29/05                                            _____
   Date                                               Craig J. Nicewicz
                                                  Courtroom Clerk