UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN WATERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILIPS MEDICAL SYSTEMS, N.A., INC., )<br>)<br>Defendant. ) | Civil Action No. 03-12480 NMG<br><br>Judge Nathaniel M. Gorton<br><br>Magistrate Judge Cohen |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Counsel for Plaintiff, SUSAN WATERS, and counsel for Defendant, PHILIPS MEDICAL SYSTEMS NORTH AMERICA, a division of Philips Electronics North America Corporation, by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate as follows:

That this matter be dismissed WITH PREJUDICE pursuant to settlement between the parties, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated: September ~~Oct 12~~, 2004

Respectfully submitted,                     Respectfully submitted,

SUSAN WATERS                                 PHILIPS ELECTRONICS NORTH AMERICA
                                             CORPORATION.

By: _____                  By: _____
    Her Attorney.                                One of Its Attorneys.

Matthew Cobb                                 Joel H. Spitz
50 Newtown Road                              Michael R. Phillips
Acton, MA 01720                              MCGUIREWOODS LLP
                                             77 West Wacker Drive, Suite 4100
                                             Chicago, Illinois 60601
                                             (312) 849-8100 (phone)

\\LAB\519213.1

William E. Hannum (# 643155)
David Cogliano (#630158)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900 (phone)

2

\\LAB\519213.1